# United States Court of Appeals
## For the First Circuit

No. 08-1880

IN RE: GRAND JURY

**ERRATA SHEET**

The opinion of this Court issued on May 11, 2009, is amended as follows:

On p. 23, footnote 9, line 7:  Replace "Answer is directly." with "Answer it directly."